## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, <br> 611 Pennsylvania Ave., SE #231 <br> Washington, D.C. 20003 <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave. NW <br> Washington, DC 20530, <br><br> *Defendant.* | Civil Action No.: **24-695** |

## COMPLAINT

1. Plaintiff America First Legal Foundation ("AFL") brings this action against the United States Department of Department of Justice ("DOJ"), to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331. Additionally, it may grant declaratory relief pursuant to 28 U.S.C. § 2201, *et seq*.

3. Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

4.     The Plaintiff, AFL, is a nonprofit organization working to promote the rule of law in the United States, prevent executive overreach, ensure due process and equal protection for all Americans, and encourage public knowledge and understanding of the law and individual rights guaranteed under the United States Constitution and the laws of the United States. AFL's mission includes promoting government transparency and accountability by gathering official information, analyzing it, and disseminating it through reports, press releases, and/or other media, including social media platforms, all to educate the public.

5.     The Defendant DOJ is an agency under 5 U.S.C. § 552(f), with its headquarters at 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

6.     The Defendant has possession, custody, and control of the requested records.

## BACKGROUND

7.     The Biden Administration has stated that it is committed to a transparent, open, and ethical government.[1]

---

[1]  *FACT SHEET: Biden-Harris Administration Prioritizes Effectiveness, Accountability, and Transparency in Bipartisan Infrastructure Law Implementation,* THE WHITE HOUSE (Apr. 29, 2022), https://tinyurl.com/bdhrccyk; *Biden White House Pledges Data, Transparency, Respect for Free Press,* REUTERS *(Jan. 20, 2021),* https://tinyurl.com/3fzz25mf; *Mark Joyella, Biden's White House Press Secretary Promises 'Trust and Transparency,'* FORBES (Jan. 20, 2021), https://tinyurl.com/2p8729wz.

8.      "Timely disclosure of records is also essential to the core purpose of FOIA." U.S. DEP'T JUST., Freedom of Information Act Guidelines (Mar. 15, 2022), https://tinyurl.com/2yd463dv.

## AFL'S FOIA REQUEST

9.      On August 1, 2023, AFL submitted a FOIA request to DOJ seeking DOJ communications about the Southern Poverty Law Center's 2022 "Year in Hate and Extremism Report" as well as communications between DOJ and the Southern Poverty Law Center. *Ex. 1.*

10.     This request specified custodians and sought a fee waiver. *Id.*

11.     DOJ split the request up by responding component, assigning each component's version of the request its own tracking number.

*Office of Information Policy Response*

12.     On August 11, 2023, AFL received a letter from the DOJ's Office of Information Policy acknowledging the request.

13.     That letter assigned AFL's request tracking number 23-02127. *Ex. 2.*

14.     That letter invoked an extension of ten days, for "unusual circumstances" and assigned the request to the complex processing queue. *Id.*

15.     On August 21, 2023, DOJ's Office of Information Policy sent an email to AFL asking if it would be willing to provide a narrower timeframe, exclude news articles, and limit the request to communications with the named SPLC officials. *Ex. 3.*

16.     In response, AFL agreed to limit the time frame to communications after November 1, 2022, eliminate news articles, and restrict custodians to only political appointees. *Id.*

17.     On October 25, 2023, AFL sent an email to DOJ's Office of Information Policy to check on the timeframe for a response to its FOIA. *Ex. 4.*

18.     DOJ responded the same day that the search was ongoing. *Id.*

19.     As of the date of this filing, Defendant DOJ has not provided any records under this request.

*Civil Rights Division Response*

20.     On August 14, 2023, AFL received an acknowledgment letter from DOJ's Civil Rights Division acknowledging the request. *Ex. 5.*

21.     That letter assigned AFL's request the tracking number 23-00314. *Id.*

22.     That letter invoked an extension of ten days, for "unusual circumstances" and assigned the request to the complex processing queue. *Id.*

23.     On August 15, 2023, DOJ's Civil Rights Division sent another letter to AFL, this time advising AFL that the request was overly burdensome, and asking AFL to narrow the request. *Ex. 6.*

24.     On August 17, 2023, AFL agreed to narrow the custodians to political appointees at the grade of GS-15 and above in the Civil Rights Division, and to limit the search to records created after November 1, 2022. Ex. 7.

25.     On February 9, 2024, AFL sent an email to DOJ's Civil Rights Division to check the status of the FOIA production. *Ex. 8.*

26.    AFL has not received a response.

27.    As of the date of this filing, Defendant DOJ has not provided any records under this request.

## CLAIM FOR RELIEF

## Violation of the FOIA, 5 U.S.C. § 552

28.    AFL incorporates paragraphs 1–27 by reference.

29.    AFL properly requested records within the possession, custody, and control of the Defendant.

30.    The Defendant failed to conduct searches for responsive records.

31.    Moreover, because Defendant failed to conduct searches, it has failed to disclose any segregable, non-exempt portions of responsive records. *See* 5 U.S.C. § 552(b).

32.    The Defendant has failed to respond to AFL's requests within the statutory time period. *See* 5 U.S.C. § 552(a)(6).

33.    Accordingly, AFL has exhausted its administrative remedies. *See* 5 U.S.C. § 552(a)(6)(C).

34.    The Defendant has violated the FOIA by failing, within the prescribed time limit, to reasonably search for records responsive to AFL's FOIA request and release nonexempt records.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

i.      Declare that the records sought by AFL's requests must be disclosed pursuant to 5 U.S.C. § 552;

ii.     Order the Defendant to search immediately, demonstrating search methods reasonably likely to lead to the discovery of responsive records;

iii.    Order the Defendant to produce by a date certain all non-exempt records responsive to AFL's FOIA requests, accompanied by a Vaughn index of any responsive records or portions of responsive records being withheld under a claim of exemption;

iv.     Order the Defendant to grant AFL's requests for fee waivers;

v.      Award AFL attorneys' fees and costs incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

vi.     Grant AFL such other and further relief as this Court deems proper.


Date: March 11, 2024

Respectfully Submitted


/s/ Jacob Meckler
Ian Prior (D.C. Bar No. 90001650)
Jacob Meckler (D.C. Bar No. 90005210)
Tel: (202) 964-3721
E-mail: ian.prior@aflegal.org
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
*Counsel for the Plaintiff*
*America First Legal Foundation*