UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION, *Plaintiff*, v. UNITED STATES DEPARTMENT OF JUSTICE, *Defendant*. | Civil Action No. 24-0695 (AHA) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Tara Derbisz as counsel of record for Defendant in this matter, who is substituting as counsel for Assistant United States Attorney Anna D. Walker.

Dated: April 5, 2026                Respectfully submitted,

By: */s/ Tara Derbisz*
TARA DERBISZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone:  (202) 809-0784
tara.derbisz@usdoj.gov